Justice EAKIN joins this Opinion in Support of Reversal.

■

**Yakoub SMITH, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 100 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 3, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

■

**Eric M. MISKOVITCH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is **AFFIRMED.**

■

**Lewis Navond PERSON, Appellant**

v.

**COMMONWEALTH of Pennsylvania, et al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**